UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYLVIA GETER,

        Plaintiffs,

vs.

Case No. 12-14320

HON. GEORGE CARAM STEEH

U.S. SECURITY ASSOCIATES/
ADVANCE SECURITY,

        Defendants.

_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 8, 2013 the Court entered an Order to Show Cause by July 22, 2013 to Plaintiff, why this action should not be dismissed for lack of prosecution.

To date the Court has received no written response. Therefore,

IT IS ORDERED that this case is dismissed without prejudice.


Dated: July 25, 2013

                s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Sylvia Geter, 11567 Meadows Circle, Belleville, MI 48111 on July 25, 2013 by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk